# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LYNN B.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[2]<br><br>Defendant. | Case No. SA CV 23-0432 SB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice. The Clerk shall serve copies of this order and the judgment herein on counsel for Plaintiff and counsel for Defendant.

DATED: March 24, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano, Commisioner of Social Security, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).