# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TAMMY LYNN B.,[1]

          Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security, [2]

          Defendant.

Case No. SACV 23-0432 SB (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the decision of the Commissioner is affirmed, and this action is dismissed with prejudice.

DATED:  March 24, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano, Commissioner of Social Security, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).